No. 14–6887.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Alonzo Greene, Appellant Pro Se. Kimberly Martin Rehberg, City Attorney's Office, Durham, North Carolina, for Appellee.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Terrence CROSS, a/k/a Red, Defendant–Appellant.**

No. 14–6906.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's orders denying his motions made under Fed.R.Civ.P. 60(b)(6) seeking a ruling on the court's subject matter jurisdiction over his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Cross*, No. 2:03–cr–00010–RBS–1 (E.D. Va. filed June 2 & entered June 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*